**George T. LOEBE, Sr., State Coordinator, GGRNC, Appellant,**

**and**

**Grandchildren/Grandparents Rights of North Carolina; Tammy Ramey, and all other GGRNC Members Similarly Situated, Plaintiffs,**

**v.**

**Thomas APODACA, in his individual and official capacity; Debra Clary, in her individual and official capacity, Defendants—Appellees.**

No. 04–2338.

United States Court of Appeals, Fourth Circuit.

Submitted: March 24, 2005.

Decided: March 29, 2005.

George T. Loebe, Sr., Appellant pro se.

Gerald Kevin Robbins, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George T. Loebe, Sr., appeals from the district court's orders precluding him from representing a corporation or other individuals, and dismissing without prejudice the civil complaint filed by Loebe on behalf of the corporation and several individuals. Both the complaint and the notice of appeal were signed only by Loebe, who is not an attorney. It is well settled that a corporation cannot appear in federal court except through its attorney. *Rowland v. California Men's Colony,* 506 U.S. 194, 201–02, 113 S.Ct. 716, 121 L.Ed.2d 656 (1993). Moreover, because Loebe is not an attorney, he cannot represent the other named parties to the action. Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*